UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPENROAD AUTO GROUP INC, | CASE NO. C18-1820 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SILVER ARROW CARS LTD, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having read Plaintiff's Motion for Default Judgment, the Court notes that Plaintiff has submitted insufficient evidence for the Court to render judgment. In particular, Plaintiff has not provided evidence to support the principal judgment amount of $137,740.28. The Court therefore orders Plaintiff to provide support for each line item amount claimed in its Motion for Default Judgment, organized as it is presented in the Motion (Dkt. No. 16).

The clerk is ordered to provide copies of this order to all counsel.

Filed April 22, 2019.

Marsha J. Pechman
United States District Judge