# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OPENROAD AUTO GROUP INC,<br><br>Plaintiff,<br><br>v.<br><br>SILVER ARROW CARS LTD,<br><br>Defendant. | CASE NO. C18-1820 MJP<br><br>ORDER GRANTING DEFAULT JUDGMENT |

Having read Plaintiff's Motion for Default Judgment (Dkt. No. 16), the supporting declarations, and Plaintiff's Memorandum in Support of its Motion for Default Judgment (Dkt. No. 20), the Court GRANTS Plaintiff judgment against Defendant in the amount of $161,457.86. Post-judgment interest on the judgment sum shall accrue at the rate of 2.43 percent, computed daily and compounded annually from the date of entry hereof.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 30, 2019.

Marsha J. Pechman
United States District Judge